UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23 CR 174 SRC |
| MARCUS REECE, | ) ) ) |
| Defendant. | ) |

**REQUEST FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense that involves the use of a destructive device by defendant's attempt to damage and destroy the residence at 3719 Minnesota through use of Molotov cocktails.

2. The weight of the evidence against defendant is strong:  video captures defendant in the alleyway behind the residence shortly before the incident, filling glass bottles with a liquid, DNA evidence links defendant to unexploded Molotov cocktails thrown at the residence at the same time as those that ignited and caused a fire at 3719 Minnesota.

3.      Defendant's criminal history includes convictions for property damage and trespass.  He currently has pending charges for possession of a controlled substance, stealing, and resisting arrest.  He is an admitted daily fentanyl user with no fixed place of residence and no employment.

4.      Defendant poses a danger to the community as evidenced by the facts of the instant offense.  Defendant and the victim of the offense were not known to each other and only had a brief encounter and argument over a parking space which led to the reprisal action of defendant throwing Molotov cocktails at the victim's residence.  Such uncontrolled violent behavior poses a risk to anyone who comes in contact with defendant, even if by happenstance.

5.      Due to the factors cited above, the Government believes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/  John J. Ware
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri  63102
john.ware@usdoj.gov
314-539-2200